Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

<div style="border: 2px solid red;">
**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order
</div>

# UNITED STATES DISTRICT COURT

for the

Southern District of TEXAS

HOUSTON Division

United States Courts
Southern District of Texas
**FILED**

MAY 0 8 2023

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| BING, AMY C. WALDEN,<br>as Qui Tam Relator,<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br><br><br><br>HORNE LLP, Deloitte, CohnReznick, Witt-O'Briens<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | Case No. **4:23-cv-1792**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | AMY C. WALDEN BING |
| Street Address | 109 SUMNER ST. |
| City and County | COVINGTON, ST. TAMMANY |
| State and Zip Code | LA, 70433 |
| Telephone Number | 9854004506 |
| E-mail Address | ACATBING@GMAIL.COM |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HORNE LLP |
| Job or Title *(if known)* | |
| Street Address | 661 SUNNYBROOK STE 100 |
| City and County | RIDGELAND, MADISON CTY |
| State and Zip Code | MS,39517 |
| Telephone Number | 601-326-1000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | DELOITTE |
| Job or Title *(if known)* | |
| Street Address | 1299 Pennsylvania Avenue NW 10TH FLOOR |
| City and County | WASHINGTON |
| State and Zip Code | DC, 20004 |
| Telephone Number | 202 879 5600 |
| E-mail Address *(if known)* | WWW2.DELOITTE.COM |

Defendant No. 3

| | |
|---|---|
| Name | COHN REZNICK |
| Job or Title *(if known)* | |
| Street Address | 1301 Avenue of the Americas |
| City and County | NEW YORK |
| State and Zip Code | NY 10019 |
| Telephone Number | 212-497-0400 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | WITTS O'BRIENS |
| Job or Title *(if known)* | |
| Street Address | 818 Town & Country BlvdSuite 200 |
| City and County | HOUSTON |
| State and Zip Code | TX 77024 |
| Telephone Number | 281-320-9796 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*      contact@wittobriens.com

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

31 U.S.C. § 3729
41 U.S.C. § 4712
18 U.S.C § 1964

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

)

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

SEE ATTACHED

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

WHEREFORE, Plaintiff respectfully request that the Court:

1. Award Plaintiff such equitable injunctive and ancillary relief as may be necessary to avert the likelihood of Plaintiff's irreparable injury or prohibit the illicit conduct described herein during the pendency of this action and to preserve the possibility of effective final relief, including but not limited to, a temporary restraining order and a preliminary injunctions;

2. Award Plaintiff a declaratory judgment;

3. Order FCA Defendants to cease and desist from violating 31 U.S.C. § 3729;

4. Order Defendants to cease and desist from violating 18 U.S.C. § 1964;

5. Enter judgment against FCA Defendants in an amount equal to three times the amount of damages to the United States has sustained because of FCA Defendants' actions, plus a civil penalty for each violation of 31 U.S.C. § 3729;

6. Enter judgment against Defendants in an amount equal to three times the amount of damages to the United States has sustained because of Defendants' actions, plus a civil penalty for each violation of 18 U.S.C. § 1964

7. Restitution to Plaintiff of all money, and benefits Plaintiff was unlawfully defrauded and deprived of by Defendants;

8. Award attorneys' fees and costs, including travel costs to Plaintiff;

9. Award Relator the maximum amount allowed pursuant to 31 U.S.C. § 3730(d);

10. Award damages to Plaintiffs in an amount to be determined at trial; and,

11. Grant to Plaintiffs whatever other relief the Court may deem just and proper.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _5.4,23_____

Signature of Plaintiff      _____

Printed Name of Plaintiff     AMY C. WALDEN-BING

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Bar Number              _____

Name of Law Firm        _____

Street Address          _____

State and Zip Code      _____

Telephone Number        _____

E-mail Address          _____

## COMPLAINT

The Texas Rent Relief Program (TRRP) is administered by the Texas Department of Housing and Community Affairs (TDHCA). TRRP is funded through the U.S. Treasury's Emergency Rental Assistance (ERA) funds passed as part of the Consolidated Appropriations Act, 2021 which provided $25 billion nationally for pandemic-response rental assistance. Horne LLP, Deloitte, CohnReznick, Witt-O'Briens are selected vendors by TDHCA. In December 2021, Plaintiff was hired as Quality Assurance/Quality Control Specialist by Horne LLP. Plaintiff began work on NYC Mortgage relief. In March 2022, Plaintiff transferred to Alabama Rent Relief. In June 2022, Plaintiff transferred to Texas Rent Relief (Emergency Rental Assistance Program).

1. During Texas Rent Relief Program (2020-2022), defendant FUNDED FRAUDULENT APPLICATIONS (at least 20% of over 2 Billion Texas Award) and/or applications that did NOT meet eligibility requirements as established by the Emergency Rental Assistance program (ERA1) section 501 of Division N of the Consolidated Appropriations Act, 2021, Pub. L. No. 116-260 (Dec. 27, 2020) and the Emergency Rental Assistance program (ERA2) established by section 3201 of the American Rescue Plan Act of 2021, Pub. L. No. 117-2 (March 11, 2021) and the Emergency Rental Assistance program (ERA2) established by section 3201 of the American Rescue Plan Act of 2021, Pub. L. No. 117-2 (March 11, 2021. 31 U.S.C. § 3729 18 U.S.C § 1964. During the months of July and August 2022, plaintiff emailed supervisors applications that were funded to ineligible households: to include, landlords that are not the owner of the property, tenant is the landlord, fictitious tenants, funding applications over income limit.

2. Defendant knowingly and willfully DID NOT obtain written attestation by a landlord who can be verified as the legitimate owner or management agent of the unit, or other reasonable documentation as defined by the grantee in its policies and procedures..

3. Defendant FAILED TO PROVIDE FRAUD PREVENTION SERVICES AS STATED IN CONTRACT and failed to investigate and address potential instances of fraud or the misuse of funds that they become aware of. Multiple instances of irregularities were intentionally and willfully CONCEALED. During the months of July and August 2022, plaintiff emailed numerous irregularities to irregularity team and management and was INSTRUCTED to remove the flag for investigation. Irregularities were placed in daily assignments for funding as opposed to removed for investigation. Plaintiff was terminated after not complying with illegal acts. 31 U.S.C. § 3729. 18 U.S.C § 1964

4. Defendant knowingly and willfully DID NOT PERFORM verifications of source documents (drivers license, income, ownership) as opposed to other states (NYC and AL). In June 2022, Plaintiff and other employees were specifically told by management that Defendants (Horne LLP and Deloitte) were aware of the amount of fraudulent funded applications in the state of Alabama due to lack of due diligence in checking property ownership. However, in August 2022, Plaintiff and employees in Texas were <u>directed by management NOT to check property ownership prior to funding applications in order to knowingly and willfully fund fraudulent applications</u> via a virtual meeting with multiple employees present. 31 U.S.C. § 3729. 18 U.S.C § 1964

5. Defendant FAILED TO PROVIDE CUSTOMER SERVICE/CALL CENTER AS STATED IN CONTRACT. During July 2022-September 2022, Plaintiff whose position was a Quality Assurance/ Quality Control Specialist employed by Horne LLP was directed by management to make and accept phone calls to applicants during their workday due to the unavailability of a call center. In August 2022, plaintiff emailed and messaged project lead via internal messaging app regarding phone calls and complaints from applicants that were unable to reach a call center. 31 U.S.C. § 3729. 18 U.S.C § 1964

6. Defendant FAILED TO PROVIDE ELIGIBILITY ANALYSTS AS STATED IN CONTRACT. Although Defendant (HORNE LLP) was contracted to provide application eligibility reviews, there were no eligibility analysts assigned to plaintiff's applications. During July 2022-September 2022 <u>the</u>

plaintiff's assigned application files were never reviewed by an eligibility analyst. Application Eligibility Review services were contracted to be augmented through 2 additional vendors – CohnReznick (CR) and Witt-O'Briens (WO).  31 U.S.C. § 3729. 18 U.S.C § 1964

7. Defendant FAILED TO PROVIDE QUALITY CONTROL SERVICES AS STATED IN CONTRACT. During 2020-2022, the plaintiff who was hired as a QAQC Specialist by defendant Horne LLP performed QAQC services opposed to defendant (Deloitte) who was contracted to perform Quality Assurance/Quality Control (QA/QC) services on application files and financial transactions as well as provide anti-fraud services including fraud risk analysis, prevention, detection and regulatory investigations. On August 16, 2022 plaintiff emailed management regarding lack of quality control.  31 U.S.C. § 3729. 18 U.S.C § 1964

8. Defendant FAILED TO PROVIDE SEPARATION OF DUTIES AS STATED IN CONTRACT. During July 2022-Sept 2022 Plaintiff (Quality Assurance/Quality Control Specialists) was expected to perform duties of the Eligibility Analyst by reviewing applications, perform Call Center/Customer Service duties by making and receiving applicant phone calls, and QAQC duties by performing quality assurance and processing payment of claims. The defendants knowingly and willfully allowed applications to be funded without review by another team member, as opposed to the requirements set forth in the contract.  On August 18, 2022, plaintiff discusses these issues with Supervisor during performance review, messages Project lead via internal messaging app, also emails supervisor citing the NINE MONTHS it took to process a Veteran applicants request for assistance which forced him to be evicted.  31 U.S.C. § 3729. 18 U.S.C § 1964

9. WHISTLEBLOWER RETALIATION.  On September 9, 2022, Defendant terminated plaintiff's employment after plaintiff emailed Human resources on August 26, 2022, citing lack of proper quality

control and funding of fraudulent applications. Between July 2022 and September 2022 the Plaintiff observed and reported violation of policies, gross mismanagement of funds, a gross waste of funds, an abuse of authority, and a substantial and specific danger to public health or safety by providing criminals with federal funds. On August 26, 2022 plaintiff reported findings to SEC and on September 2, 2022 to OIG-Treasury. On August 31, 2022, plaintiff was interviewed by OIG and plaintiff emailed USB with irregularity data upon request. Defendant denied plaintiff's unemployment. Unemployment was finally awarded on November 23, 2022 when Defendant failed to participate in the unemployment hearing or provide any support to their claim. 41 U.S.C. § 4712

 Gmail

**amy bing <acatbing@gmail.com>**

---

## False Claims by Horne LLP/Deloitte - Covid Texas Rent Relief Funds (TRRE)

---

**Amy Bing <acatbing@gmail.com>**
To: auditor@sao.texas.gov

Mon, Dec 19, 2022 at 3:03 PM

Since there is no email listed for the Attorney General's Office, this email has been sent to you. A certified letter with a jump drive that includes the attachments to this email will be mailed to the AG's office. Please confirm receipt of this email.

**Date:**      **12.19.2022**

**TO:**        **Honorable Ken Paxton, Attorney General of Texas**
              **Office of Attorney General**
              **300 W 15th St.**
              **Austin, TX 78701**

**FROM:**      **Amy Bing**
              **109 Sumner St.**
              **Covington, LA 70433**
              **985.400.4506**
              **acatbing@gmail.com**

**Complainant: Amy Bing, Hired as Quality Analyst/Quality Control Specialist by Horne LLP**

📄 QA-QC Job Description.pdf

**RE: 2 Billion Mismanaged funds-Texas Rent Relief Program**

**Contractees: Treasury/ TDHCA State of Texas**

**Contractor:**
**Horne LLP**
**Deloitte**
**CohnReznick**
**Witt-O'Briens**

**12.20.22- Hired as QAQC Specialist by Horne LLP. Began work on NYC Mortgage relief.**
**3.22- Transferred to Alabama Rent Relief**
**6.22- Transferred to Texas Rent Relief**

# A. False Claims:

I. Page 15 ERA-FAQ-7.27.22 - Fraud prevention and inve (attached) states ". <u>Grantees are expected to apply reasonable fraud- prevention procedures and to investigate and address potential instances of fraud or the misuse of funds that they become aware of."</u>

Horne LLP and Deloitte failed to apply reasonable fraud prevention procedures for the Texas Rent Relief Program (checking property ownership, verifying income and identification with third party sources).

Horne LLP/Deloitte were aware of the amount of fraudulent claims funded in Alabama due to lack of property ownership check; therefore, in Alabama, an application was required to pass property ownership. <u>The same rules were not applied to the state of Texas allowing for the continuation of funding fraudulent claims due to laziness, lack of employing qualified individuals and greed.</u>

<u>A handwritten, signed lease with a government issued ID (passport) and checking a box that you were affected by Covid and had zero income would allow the applicant to receive up to 18 months funding (estimated average 15k)</u>

📄 AL Policy- Property Ownership required.pdf

" written attestation by a landlord <u>who can be verified as the legitimate owner or management agent of the unit</u>, or other reasonable documentation as defined by the grantee in its policies and procedures."

Irregularities were placed in daily production assignments for Quality control analysts to process for funding. These files should have been identified by an eligibility analyst and removed from daily assignments and onto the irregularity team for review.

Example of Daily Work-TX Rent Relief.pdf

Approximately 25-30% of my daily assignments contained irregularities that required further investigation.

Top 5 Funded claims with Irregularities identified:
1. Property ownership does not match Landlord.
2. Tenant is the owner of the property.
3. Landlord and tenant have not shown independence from one another (family, etc) *Dispute email provided
4. Tenant/Landlord account is fictitious or duplicated (using same phone number/emails/IDs to setup multiple tenant accounts) *Dispute email provided
5. Over AMI (income)

The irregularity team/management disregarded irregularities and failed to investigate:
Examples of disputes with irregularity team (Evelyn Yambo, Omaira Lacoya) and management (Valerie Simonson, Jen Miller, Erica Calhoun-Douge)

Examples include:

1. $76,000- Duplicate accounts/property ownership in question ignored by management- Valerie Simonson who directs me to return to the app and remove the flag for further review. Co-worker, Catherine Land provides backup to my request for review.

📄 Irregularity 76K+ Lease signed by same person f...

📄 Email Supervisor re Irregularity dispute.pdf

**2. Tenant and Landlord are the same. The tenant is the owner of the Landlord company (verified by Duns/Bradstreet). The Landlord applicant's email shows her name as Baker-McCorvey. The tenant/LL failed to show any independence from one another and received 14k, requested an additional 12k.**

📄 Email with Omaira-Irregularities Dept Superviso...

**3. Example of Veteran applicant whose rent relief was sent to the incorrect landlord and TRRE ignored his request for 9 months reissue to the correct landlord. This forced the US veteran in with a relative. At least three of his calls are noted in application over a one year period.**

📄 Email with Erica Calhoun re Accuracy and Negati...

**Funded claims with property ownership discrepancies found during August 2022 as QA/QC Specialist. Needs audited by property address.**

📄 1. IRREGULARITIES.zip

## II. Emergency-rental-assistance-terms-FINAL-
**States "Use of Funds. Recipient understands and agrees that the funds disbursed under this award may only be used for the purposes set forth in Section 501 of Division N of the Consolidated Appropriations Act, 2021, Pub. L. No. 116-260 (Dec. 27, 2020) (referred to herein as "Section 501").**

**Multiple highlighted sections for your review.**

**3. TEXAS policy by Horne-**
Texas Rent Relief Policy Manual.pdfSee highlighted (contractors responsibility, duplications, inconsistencies) and **Section XVI Fraud Guidelines**- not included. I never saw the fraud guidelines.

**"HORNE is the initial vendor contracted to perform both system delivery as well as business process management of a call center, application eligibility reviews, centralized coordination among the vendors, payment processing, making of payments and recapture of funds when recapture is necessary (HORNE).**

**Application Eligibility Review services are being augmented through 2 additional vendors – CohnReznick (CR) and Witt-O'Briens (WO).**

**As HORNE is also continuing to perform application eligibility reviews, when referencing these responsibilities for all 3 firms jointly, they are considered Application Eligibility Review vendors (review vendors).**

**Deloitte & Touche is contracted to perform Quality Assurance/Quality Control (QA/QC) services on application files and financial transactions as well as provide anti-fraud services including fraud risk analysis, prevention, detection and regulatory investigations (QAQC vendor)."**

- There were no eligibility analysts during the months of July-Sept 2022 to perform initial reviews and outreach prior to a Quality review by Quality control (myself).
- From July - Sept 2022 Texas Quality Control analysts were directed to serve as the Eligibility analyst, Quality Control analyst and Customer service rep.
- As the Quality Control analyst, I was directed to begin work on the unreviewed file from the beginning of the application to funding, reaching out to the applicant for documentation and responding to follow up questions (Eligibility analyst and customer service role).
-ONE PERSON reviewed and funded applications - No second look.

On 8.16.22,  I emailed Valerie Simonson (management) ways to reduce the funding of fraudulent claims:
📄 Email to Supervisor Valerie-Reducing Fraud 08.1...

On 8.26.22 , I emailed HR to alert to number of findings of fraudulent funded claims.
8.26 Email to alert HR and requesting transf

Filed complaint with OIG and SEC
8.26 Complaint to SEC.gov-Attorney listed as

Additional emails sent to management/irregularities team: The direction from Valerie Simonson on how to handle irregularities was not clear and frequently changing from sending a note to varying individuals via internal messenger app.  (examples include: Tenant is owner of property, over AMI- income limit, property does not exist, duplicate application)
📄 12500 Irregularity.pdf

📄 Irregularity 20k+.pdf

📄 Irregularity 21k.pdf

📄 Irregularity 25K+.pdf

📄 Irregularity 26K+.pdf

📄 Irregularity 9900 sent to Evelyn.pdf

📄 Irregularity 12500.pdf

📄 Irregularity 12600.pdf

On 9.2.22, during an All-team meeting led by Jen Miller, I asked why we were not checking property ownership to which she responded "we used to".  I was removed from the meeting when describing the irregularities found among my assigned cases and fired by Jen Miller via HR (Sara Yates) for "violating a policy".

9.2.22 OIG confirmation of complaint
9.2.22 OIG Hotline confirmation of complaint.pdf

(208K)

10.31.22- Interviewed by OIG- Sonja Scott- scotts@oig.treas.gov - Emailed jump drive with irregularity data upon request.

My unemployment was initially denied and finally awarded on November 23, 2022 when they failed to participate in the unemployment hearing or provide any support to their claim.


**As shown, it was more advantageous for Horne and Deloitte to increase the daily payout volume than to pay legitimate claims. My assumption is that compensation to the firms is based upon a percentage of funding. Not only were at least 20% of cases irregular, the funds were disbursed to criminals**

**that provided a personal ID, for example, a library card- not even a Texas ID for monthly rent relief of an amount below $4600/month.**

**Witness List:**
Witnesses: Anyone on TX project team meeting on 9.2.22 can attest to me questioning why we were not checking Property ownership during All team virtual meeting led by Jen Miller. Termination followed.

Witnesses:
Employees on AL project where Property ownership was required to pass AFTER finding excessive fraudulent apps:

-Alexandra Wright (lead)  alexandra.wright@horne.com

-Kimberly McLaurin- kimberly.mclaurin@horne.com

-Manouchka Andre- manouchka.andre@horne.com
Linkedin profile-
https://www.linkedin.com/in/manouchka-andre-251410105?miniProfileUrn=urn%3Ali%3Afs_miniProfile%
3AACoAABqUUl0BqQpgKg9G4LElvjAhW_6AEQX19FE&lipi=urn%3Ali%3Apage%3Ad_flagship3_search_
srp_all%3B8Yeeny23Q9Gd7S%2FMxMCGTA%3D%3D

TX PROJECT- employees (specifically told on virtual team meeting by Valerie Simonson NOT to check Property ownership as part of my job). There were No eligibility analysts. We were instructed to respond to customer service questions since there was no one available to answer calls/emails.

Catherine Land - catherine.land@horne.com (ATTACHED EMAIL)(Attest to direction not to routinely check property records, attest to attached email detailing findings that were dismissed by Management (Valerie Simonson))

Linkedin Profile:
https://www.linkedin.com/in/catherine-land-99363324?miniProfileUrn=urn%3Ali%3Afs_miniProfile%
3AACoAAAUTIL8BMQCGydaY0vttK_Z0cLAtjU3ERac&lipi=urn%3Ali%3Apage%3Ad_flagship3_search_srp_all%
3BWfiNezZ9NRleKtijEbiihSw%3D%3D

Gregg Keniston- gregg.keniston@horne.com
TX project - attest to lack of eligibility analyst, customer service, third party verifications (Drivers license, income, property ownership)

LinkedIn:
https://www.linkedin.com/in/gregg-keniston?miniProfileUrn=urn%3Ali%3Afs_miniProfile%
3AACoAABcmIK8BGfID2gRqswIR_EgQWT7N4euV9vM&lipi=urn%3Ali%3Apage%3Ad_flagship3_search_srp_all%
3BjMVDaNEdS36ICTb1q4S5lw%3D%3D

Felicia (unsure last name- Louisiana resident) - Attest to different direction given in same morning for funding 15 months or 18 months by Monica Poole and Valerie Simonson

Manouchka Andres - worked on NYC, AL and TX- attest that property documentation, ID and DOL checks were used to verify documentation was provided in NYC and eventually AL as opposed to TX

Kevin Sasenick (lead)-
kevin.sasenick@horne.com
Attest to lack of checking documentation for accuracy (property ownership, DOL, ID with DMV, attest to lack of eligibility analysts, customer service responsibility falling on team members)

Linkedin Profile:
https://www.linkedin.com/in/kevin-sasenick-915729132?miniProfileUrn=urn%3Ali%3Afs_miniProfile%3AACoAACB_1-
EBVjW6ruYna1Ve4P8vnufzofTZMG4&lipi=urn%3Ali%3Apage%3Ad_flagship3_search_srp_all%
3Bm0zc0SL7RKCMr%2BxRYcBr0A%3D%3D

Hector Contreras (spelling?) (Analyst) - Provided daily assignments to team- attest to daily reports/production goals with lack of reporting on irregularities or removing irregularities from daily production- Apps that should have never been in the daily production were available for employees to fund- these should have been removed prior to the daily assignments.

Valerie Simonson (lead)

Monica Poole (lead)

Erica Calhoun Douge (lead)

Noah Malphrus (lead)-
noah.malphrus@horne.com

attest to lack of Property ownership verification or any third party source for Identification or income.

Jen Miller (project lead/manager)

Irregularity Team:

Nidhi Anghan - nidhiben.anghan@horne.com
Omaira Lacoya (?) -
Evelyn Yambo - evelyn.yambo@horne.com

**Additional attachments:**

- 📄 **76k backup from coworker for Irregularity dispu...**
- 📄 **12500 Irregularity.pdf**
- 📄 **AL Policy- Property Ownership required.pdf**
- 📄 **Customer Service email complaint.pdf**
- 📄 **Email Supervisor re Irregularity dispute.pdf**
- 📄 **Email to Supervisor Valerie-Reducing Fraud 08.1...**
- 📄 **Email with Chelsea Ladner re Positive Performan...**
- 📄 **Email with Erica Calhoun re Accuracy and Negati...**
- 📄 **Email with Erica regarding phone calls to appli...**
- 📄 **Email with Evelyn Yambo and Omaira Lacayo-Irre...**
- 📄 **Email with Evelyn Yambo and Valerie Simonson Do...**
- 📄 **Email with Omaira-Irregularities Dept Superviso...**
- 📄 **Example of Daily Work Assignment on TX Rent Rel...**
- 📄 **Example of third party verification for Dept of...**
- 📄 **Irregularity 20k+.pdf**
- 📄 **Irregularity 21k.pdf**
- 📄 **Irregularity 25K+.pdf**
- 📄 **Irregularity 26K+.pdf**
- 📄 **Irregularity 76K+ Lease signed by same person f...**

📄 **Irregularity 76K+.pdf**

📄 **Irregularity 9900 sent to Evelyn.pdf**

📄 **Irregularity 12500.pdf**

📄 **Irregularity 12600.pdf**

📄 **QA-QC Job Description.pdf**

📄 **Separation Letter.pdf**

📄 **Texas Rent Relief Policy Manual 6.2022.pdf**

📄 **Amy Bing-Whistleblower Retaliation Horne LLP.zip**

**Additional Program Info:**

Program changes ：

https://texasrentrelief.com/wp-content/uploads/2021/04/TRR-Program-Changes.pdf

From TRRE website: Forms & Resources | Texas Rent Relief

- This is the main reason there were so many fraudulent claims funded.

All the funds were disbursed to TDHCA from the Treasury for the program.

Read here:

TDHCA Pandemic Help for Texans (state.tx.us) :

## "TDHCA Program Funds for Pandemic Response

The programs offered by TDHCA in response to COVID-19 include funding from the Coronavirus Aid, Relief, and Economic Security (CARES) Act, Coronavirus Relief Bill Funds, and the American Rescue Plan Act (ARPA). Eligibility requirements vary by program. Programs originally set up by the Department in response to the pandemic, but which have already used all of their funds, or for which funds were very limited, are not listed below.

### New Rental Assistance Programs

- – Texas Rent Relief- reveals a new section   (No New Applications Accepted After 11/5/21)

    - Two allocations for Emergency Rental Assistance – an initial $1.3 billion from the Consolidated Appropriations Act 2021 and a subsequent $1 billion under ARPA.

- Provides assistance with rent and utilities for households at or below 80% of Area Median Income.
- Administered by TDHCA – funds are available directly to tenants. Program continues to process previously submitted applications but is no longer accepting new applications or additional funding requests after 11/5/21. If you would like to be notified of possible future opportunities to apply to the Texas Rent Relief program, please sign up here.
- TexasRentRelief.com or call 833-9TX-RENT / 833-989-7368.
- Stay informed about these funds by joining TDHCA's email list and subscribing to the 'Pandemic Related Rental Assistance for Tenants and Landlords' topic."

Program Highlights | Texas Rent Relief

**Please contact me at 985.400.4506 or ACATBING@GMAIL.COM**

**Regards,**
**Amy Walden-Bing**

--
**Amy Bing**
985.400.4506 Direct
acatbing@gmail.com

**10 attachments**

**Emergency-rental-assistance-terms-FINAL-Notes highlighted.pdf**
234K

**Texas Rent Relief Policy Manual.pdf**
1531K

**ERA-FAQ-7.27.22 - Fraud prevention and investigations.pdf**
344K

**AL process for checking proof of ownership- email from Maggie Murray.pdf**
485K

**03.17 Positive Performance email from HR.pdf**
946K

**8.26 Email to alert HR and requesting transfer.pdf**
640K

**8.26 Complaint to SEC.gov-Attorney listed as TBD.pdf**
1106K

**9.2.22 OIG Hotline confirmation of complaint.pdf**
208K

**Example of Daily Work-TX Rent Relief.pdf**
428K

**Example of Daily Work-TX Rent Relief.pdf**
428K