IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

**Amy C. Walden-Bing**

**Plaintiff/Relator,**

**v. Civil Action No. 4:23-cv-01792**

**HORNE LLP,**

**Defendants.**

United States Courts
Southern District of Texas

MAY 0 8 2026

Nathan Ochsner, Clerk of Court

### RELATOR'S REQUEST FOR STATUS AND RULING ON PENDING MOTION

Relator respectfully states:

1. On March 31, 2026, the Court entered its Order Adopting Memorandum and Recommendation.

2. In that Order, the Court stated: "The Memorandum and Recommendation gave Plaintiff permission to file a motion for leave to file a second amended complaint. Plaintiff did so. That motion remains pending. Dkt. 58."

3. To date, no further ruling has issued regarding Dkt. 58.

WHEREFORE, Relator respectfully requests that the Court enter a ruling on the pending Motion for Leave to File Second Amended Complaint (Dkt. 58), or provide such status or scheduling guidance as the Court deems appropriate.

Respectfully submitted,

Amy C. Walden-Bing

Relator Pro Se